**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Robert Lee Smith |
| Debtor 2 (Spouse, if filing) | Martha Ann Smith |
| United States Bankruptcy Court for the: | Northern    District of West Virginia (State) |
| Case number | 17-00891 |

Official Form 410S1

# Notice of Mortgage Payment Change                              12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Quicken Loans Inc.         **Court claim no.** (if known):  4

**Last 4 digits** of any number you use to identify the debtor's account:  XXXXXX9504

**Date of payment change:** Must be at least 21 days after date of this notice       11/01/2019

**New total payment:** Principal, interest, and escrow, if any       $ 719.16

## Part 1:  Escrow Account Payment Adjustment

**1. Will there be a change in the debtor's escrow account payment?**

☐ No
☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

**Current escrow payment:** $ 194.82       **New escrow payment:** $ 177.31

## Part 2:  Mortgage Payment Adjustment

**2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

☒ No
☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

**Current interest rate:** _____ %       **New interest rate:** _____ %
**Current principal and interest payment:** $ _____       **New principal and interest payment:** $ _____

## Part 3:  Other Payment Change

**3. Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☒ No
☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

Reason for change: _____

**Current mortgage payment:** $ _____       **New mortgage payment:** $ _____

Official Form 410S1          **Notice of Mortgage Payment Change**          page 1

Debtor 1 ____Robert Lee Smith_____     Case number (*if known*) __17-00891_____

# Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ __/s/Johnie R. Muncy_____     Date   __9/16/2019__
    Signature

| | | |
|---|---|---|
| Print: | Johnie R. Muncy<br>First Name    Middle Name    Last Name | Title   Attorney for Creditor |
| Company | Samuel I. White, P.C. | |
| Address | 1804 Staples Mill Road Suite 200<br>Number    Street | |
| | Richmond, VA 23230<br>City    State    ZIP Code | |
| Contact phone | (804) 290-4290 | Email   jmuncy@siwpc.com |

CERTIFICATE OF SERVICE

     I certify that on September 16, 2019, the foregoing Notice of Payment Change was served via CM/ECF on Helen M. Morris, Trustee, and David J. Hinkle, Counsel for Debtors, at the email addresses registered with the Court, and that a true copy was mailed via first class mail, postage prepaid, to Robert Lee Smith and Martha Ann Smith, Debtors, 84 Planet Court, Martinsburg, WV 25404.

                                         **/s/JOHNIE R. MUNCY**
                                         Johnie R. Muncy, Esquire
                                         Samuel I. White, P. C.

```
ROBERT  SMITH
MARTHA ANN SMITH
84 PLANET CT
MARTINSBURG              WV 25404
```

ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT

ACCOUNT HISTORY

THIS IS A STATEMENT OF ACTUAL ACTIVITY IN YOUR ESCROW ACCOUNT FROM 11/01/18 THROUGH 10/31/19.
YOUR    MONTHLY    MORTGAGE PAYMENT FOR THE PAST YEAR WAS         736.67 OF WHICH         541.85 WAS FOR PRINCIPAL AND INTEREST AND         194.82 WENT INTO YOUR ESCROW ACCOUNT.

| MO/YR | PROJ ESCROW DEPOSIT | ACTUAL ESCROW DEPOSIT | PROJ ESCROW PAYMENTS | DESCRIPTION | ACTUAL ESCROW PAYMENTS | PROJ ESCROW BALANCE | ACTUAL ESCROW BALANCE |
|---|---|---|---|---|---|---|---|
| STARTING BALANCE | | | | | | 350.54 | 115.99 |
| 11/18 | 175.27 | 194.82 * | | | | 525.81 | 310.81 |
| 12/18 | 175.27 | * | | | | 701.08 | 310.81 |
| 01/19 | 175.27 | 389.64 * | | | | 876.35 | 700.45 |
| 02/19 | 175.27 | * | 512.65 | CNTY TAXES | 512.65 | 538.97 | 187.80 |
| 03/19 | 175.27 | 194.82 * | | | | 714.24 | 382.62 |
| 04/19 | 175.27 | * | | | | 889.51 | 382.62 |
| 05/19 | 175.27 | 584.46 * | | | | 1064.78 | 967.08 |
| 06/19 | 175.27 | 194.82 * | | | | 1240.05 | 1161.90 |
| 07/19 | 175.27 | 194.82 * | | | | 1415.32 | 1356.72 |
| 08/19 | 175.27 | 194.82 * | 512.65 | CNTY TAXES | 558.80* | 1077.94 | 992.74 |
| 09/19 | 175.27 | 194.82 * | | | | 1253.21 | 1187.56 |
| 10/19 | 175.27 | 194.82 *Y | 1077.94 | HAZ INS | 1010.17*Y | 350.54 | 372.21 |

LAST YEAR, WE ANTICIPATED THAT PAYMENTS FROM YOUR ACCOUNT WOULD BE MADE DURING THIS PERIOD EQUALING         2,103.24. UNDER FEDERAL LAW, YOUR LOWEST MONTHLY BALANCE SHOULD NOT HAVE EXCEEDED         350.54 (NO MORE THAN TWICE LAST YEARS PROJECTED MONTHLY ESCROW PAYMENT), UNLESS YOUR MORTGAGE CONTRACT OR STATE LAW SPECIFIES A LOWER AMOUNT. UNDER YOUR MORTGAGE CONTRACT AND STATE LAW, YOUR LOWEST MONTHLY BALANCE SHOULD NOT HAVE EXCEEDED         350.54.

AN ASTERISK (*) INDICATES A DIFFERENCE FROM A PREVIOUS ESTIMATE EITHER IN THE DATE OR THE AMOUNT. IF YOU WANT A FURTHER EXPLANATION, PLEASE CALL OUR TOLL-FREE NUMBER.

No. 3:17-bk-00891    Doc 61    Filed 09/16/19    Entered 09/16/19 15:00:20    Page 4 of 5

## ACCOUNT PROJECTION

```
          COUNTY TAX             :        1,117.60
          HAZARD INS             :        1,010.17
          ---------------------------------------
          ANNUAL DISBURSEMENTS   :        2,127.77
                  2,127.77 / 12  =          177.31 ESCROW PAYMENT

         PAYMENTS      PAYMENTS                   CURRENT BAL   REQUIRED BAL
MO/YR      TO           FROM     DESCRIPTION      PROJECTION    PROJECTION
BALANCE AS OF 10/31/19...........................    372.21        354.67
11/19     177.31                                     549.52        531.98
12/19     177.31                                     726.83        709.29
01/20     177.31                                     904.14        886.60
02/20     177.31        558.80   CNTY TAXES          522.65        505.11
03/20     177.31                                     699.96        682.42
04/20     177.31                                     877.27        859.73
05/20     177.31                                   1,054.58      1,037.04
06/20     177.31                                   1,231.89      1,214.35
07/20     177.31                                   1,409.20      1,391.66
08/20     177.31        558.80   CNTY TAXES        1,027.71      1,010.17
09/20     177.31                                   1,205.02      1,187.48
10/20     177.31      1,010.17   HAZ INS              372.16        354.62
```

THE EXPECTED AMOUNT IN YOUR ESCROW ACCOUNT IS       372.21 . YOUR
STARTING BALANCE ACCORDING TO THIS ANALYSIS SHOULD BE      354.67 .

THIS MEANS YOU HAVE A SURPLUS OF         17.54.   THIS SURPLUS MUST BE
RETURNED TO YOU UNLESS IT IS LESS THAN $50, IN WHICH CASE WE HAVE THE
ADDITIONAL OPTION OF KEEPING IT AND LOWERING YOUR PAYMENTS ACCORDINGLY.
WE ARE SENDING YOU A CHECK FOR THE SURPLUS.

YOUR   MONTHLY    MORTGAGE PAYMENT FOR THE COMING YEAR WILL BE
        719.16 OF WHICH       541.85 WILL BE FOR PRINCIPAL AND
INTEREST AND       177.31 WILL GO INTO YOUR ESCROW ACCOUNT.

```
NEW PAYMENT INFORMATION
     PRINCIPAL AND INTEREST            541.85
     ESCROW PAYMENT                    177.31
                                    --------------
NEW PAYMENT EFFECTIVE 11/01/19         719.16
```

KEEP THIS STATEMENT FOR COMPARISON WITH THE ACTUAL ACTIVITY IN YOUR
ACCOUNT AT THE END OF THE NEXT ESCROW ACCOUNTING COMPUTATION YEAR.